# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY WEBB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GSF PROPERTIES, et al.,<br><br>　　　　Defendants. | Case No.  1:17-cv-00361-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 2)<br><br>TWENTY DAY DEADLINE |

Plaintiff Tracy Webb ("Plaintiff"), appearing pro se in this action, filed the complaint in this action on March 13, 2017.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  However, Plaintiff's application was not adequately completed.  Plaintiff indicated that she is employed and receives a salary but did not state the amount she receives.  Plaintiff also states that she receives Social Security benefits, but did not respond to the question on the in forma pauperis form asking Plaintiff to "describe ... each source of money and state the amount received and what you expect you will continue to receive."  Finally in response to the question of whether Plaintiff owns anything of value and requesting the description and amount, Plaintiff responded that she would explain upon request.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) − AO 239.  Plaintiff must

1

adequately answer the questions presented on the form. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **March 15, 2017**

UNITED STATES MAGISTRATE JUDGE