# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY WEBB,<br><br>        Plaintiff,<br><br>    v.<br><br>GSF PROPERTIES, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00361-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 2, 4)<br><br>THIRTY DAY DEADLINE |

Plaintiff Tracy Webb filed the complaint in this action on March 13, 2017. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 29, 2017, the Magistrate Judge filed a findings and recommendations. The findings and recommendations recommended denying Plaintiff's application to proceed without prepayment of fees. The findings and recommendations was served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed March 29, 2017, is ADOPTED IN FULL;
2. Plaintiff's applications to proceed without prepayment of fees in this action are DENIED;
3. Plaintiff shall pay the filing fee of $400.00 within thirty days from the date of service of this order; and
4. If Plaintiff fails to pay the filing fee in compliance with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **May 4, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE